McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-354-EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE AND EXCLUDING |
| v. ) | TIME UNDER SPEEDY TRIAL ACT |
| ) | |
| TRAVIS POTTER, ) | Date: October 13, 2006 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. Edward J. Garcia |
| _____) | |

Whereas, the Court previously set October 13, 2006, as a status conference hearing date in this case; and

Whereas, counsel for defendant Travis Potter desires additional time to review the discovery produced by the United States, consult with his client regarding the discovery, and to conduct his legal research and defense investigation,

It is hereby stipulated by and between the United States and Potter, through their respective counsel, that:

1.   The October 13, 2006, status hearing shall be vacated and reset for November 17, 2006, at 10:00 a.m.;

2.   Time from the date of this stipulation to and including November 17, 2006, shall be excluded from computation of time within which the trial of this case must be commenced under the

Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4) (preparation by defense counsel).

Dated: October 12, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

Dated: October 12, 2006

/s/ Kevin Hyatt
KEVIN HYATT
Attorney for defendant
Travis Potter

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: October 12, 2006

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge