Jeff Price  SBN 165534
1717 4ᵀᴴ Sᴛʀᴇᴇᴛ, 3ʀᴅ Fʟ.
Sᴀɴᴛᴀ Mᴏɴɪᴄᴀ, Cᴀʟɪғᴏʀɴɪᴀ 90401
Tᴇʟ. 310.260.5945
Fᴀx  310.395.3884
ᴊᴇғғᴅᴏᴍɪɴɪᴄ@ᴍᴀᴄ.ᴄᴏᴍ

ATTORNEY FOR DEFENDANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | **No. 2:06-CR-354-EJG** |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| vs. | |
| TRAVIS POTTER, | |
| Defendant. | DATE: March 30, 2007<br>TIME:          10:00 a.m.<br>PLACE: Courtroom No. 8<br>          Hon. Edward J. Garcia |

Tᴏ:   Tʜᴇ Hᴏɴᴏʀᴀʙʟᴇ Eᴅᴡᴀʀᴅ J. Gᴀʀᴄɪᴀ:

WHEREAS, the Court previously set March 30, 2007, as a status conference hearing date in this case; and

Whereas, defendant Travis Potter has retained new counsel in this case and has filed a Request for Approval of Substitution of Attorney and a proposed Order

---

1

-

thereon and new counsel desires time to review the file to be turned over by former counsel and to review documents disclosed in this case by the Government and to consult with his client regarding such documents, to formulate strategy, to determine whether additional discovery of documents or objects is necessary, to further confer with counsel for the Government regarding discovery and other matters pertaining to these proceedings, to conduct investigation into the charges in this case and to conduct research,

It is hereby stipulated by and between the United States of America and Travis Potter, through their respective counsel, that:

1.   The March 30, 2007, status conference hearing shall be vacated and reset for May 4, 2007, at 10:00 a.m., or a time acceptable to the Court;

2.   Time from the date of this stipulation to and including May 4, 2007, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4) (preparation by defense counsel).

Dated:      March 27, 2007,           McGREGOR W. SCOTT
                                       United States Attorney

                              By:     _____
                                       SAMUEL WONG
                                       Assistant United States Attorney

Dated:      March 27, 2007,           JEFF PRICE  SBN 165534

                              By:     _____
                                       JEFF PRICE
                                       Attorney for Defendant, Travis Potter

<u>ORDER</u>

Based upon the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:      March 28, 2007,

                                       /s/ Edward J. Garcia
                                       _____
                                       EDWARD J. GARCIA
                                       United States District Judge