Jeff Price  SBN 165534
1335 4TH Street
Santa Monica, California 90401
Tel. 310.776.8650
Fax 310.728.1705
JEFF.PRICE@MAC.COM

**FILED**

JUN 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

ATTORNEY FOR DEFENDANT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-CR-354-EJG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| vs. | |
| TRAVIS POTTER, | |
| Defendant. | DATE: June 22, 2007<br>TIME: 10:00 a.m.<br>PLACE: Courtroom No. 8<br>Hon. Edward J. Garcia |

TO: THE HONORABLE EDWARD J. GARCIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, the Court previously set June 22, 2007, as a status conference hearing date in this case; and

Whereas, on or about June 10, 2007, defendant Travis Potter fell unconscious and was subsequently taken to the hospital in Garland, Texas, after which it was determined that he required surgery and he underwent surgery on Thursday, June 13, 2007; the attending physician, Yuen J. Kwan, M.D., is of the opinion that Mr. Potter is unable to travel on or before June 22, 2007,

Whereas, Mr. Potter's ability to travel for a future court hearing is uncertain at this time, but it is estimated that Mr. Potter will require at least several weeks for recovery, and

Whereas, the parties have discussed the posture of this case and, as the parties are involved in settlement negotiations and expect a resolution of this case,

1 -  STIPULATION AND ORDER CONTINUING STATUS
     CONFERENCE AND EXCLUDING TIME UNDER SPEEDY
     TRIAL ACT

1  the parties stipulate to continue the Status Conference, previously set for June 22,
2  2007, to August 3, 2007,
3       It is hereby stipulated by and between the United States of America and
4  Travis Potter, through their respective counsel, that:
5       1.   The June 22, 2007, status conference hearing shall be vacated and
6  reset for August 3, 2007, at 10:00 a.m., or a time acceptable to the Court;
7       2.   Time from the date of this stipulation to and including August 3,
8  2007, shall be excluded from computation of time within which the trial of this
9  case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
10 3161(h)(8)(3)(A) (Local Code M) (unavailability of defendant) and
11 §3161(h)(B)(iv) (Local Code T4) (preparation by defense counsel).

12 Dated:    June 19, 2007,           McGREGOR W. SCOTT
                                      United States Attorney
13
                               By:    /s/ Samuel Wong
14                                    _____
                                      SAMUEL WONG
15                                    Assistant United States Attorney
16
17
18 Dated:    June 19, 2007,           JEFF PRICE  SBN 165534
19                             By:    /s/Jeff Price
                                      _____
                                      JEFF PRICE
20                                    Attorney for Defendant, Travis Potter

2 - STIPULATION AND ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME UNDER SPEEDY
TRIAL ACT

1  ORDER

2  Based upon the stipulation of the parties and good cause appearing
3  therefrom, the Court hereby finds that the failure to grant a continuance in this case
4  would deny defense counsel reasonable time necessary for effective preparation,
5  taking into account the exercise of due diligence. The Court specifically finds that
6  the ends of justice served by the granting of such continuance outweigh the
7  interests of the public and the defendant in a speedy trial.
8  Based on these findings and pursuant to the stipulation of the parties, the
9  Court hereby adopts the stipulation of the parties in its entirety as its order.
10 IT IS SO ORDERED.
11 Dated:   June 20, 2007,

                                    _____
                                    EDWARD J. GARCIA
                                    United States District Judge

3 - STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT