McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-06-354-EJG |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| TRAVIS DEAN POTTER, | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Travis Dean Potter, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253(a)(3), the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. a Sony Viao Laptop computer, Model VGN-S380, Serial Number 3000003.

2. The above-listed property was used or intended to be used to commit and/or to promote the commission of violations of 18 U.S.C. §§ 2252(a)(2) and 2252A(a)(5)(B).

1     3.   Pursuant to F.R.Crim.P. 32.2(b), the Attorney General (or a
2 designee) shall be authorized to seize the above-listed property.
3 The aforementioned property shall be seized and held by the United
4 States, in its secure custody and control.
5     4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
6 U.S.C. § 853(n), and Local Rule 83-171, the United States forthwith
7 shall publish at least once for three successive weeks in the <u>Daily
8 Record</u> (Sacramento County), a newspaper of general circulation
9 located in the county in which the above-listed property was seized,
10 notice of this Order, notice of the Attorney General's (or a
11 designee's) intent to dispose of the property in such manner as the
12 Attorney General may direct, and notice that any person, other than
13 the defendant, having or claiming a legal interest in the above-
14 listed property must file a petition with the Court within thirty
15 (30) days of the final publication of the notice or of receipt of
16 actual notice, whichever is earlier.
17          b.   This notice shall state that the petition shall be for
18 a hearing to adjudicate the validity of the petitioner's alleged
19 interest in the property, shall be signed by the petitioner under
20 penalty of perjury, and shall set forth the nature and extent of the
21 petitioner's right, title or interest in the property and any
22 additional facts supporting the petitioner's claim and the relief
23 sought.
24          c.   The United States may also, to the extent practicable,
25 provide direct written notice to any person known to have alleged an
26 interest in the property that is the subject of the Order of
27 Forfeiture, as a substitute for published notice as to those persons
28 so notified.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a)(3) in which all interests will be addressed.

SO ORDERED this 2nd day of October , 2007.

                                    /s/ Edward J. Garcia  
                                    EDWARD J. GARCIA  
                                    United States District Judge