UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                        RE:    Travis Dean POTTER
                               Docket Number:   2:06CR00354-01
                               **CONTINUANCE OF JUDGMENT**
                               **AND SENTENCING**

Sir:

It's respectfully requested the above-referenced case be continued from October 19, 2007, to December 14, 2007, at 10 a.m.  (See attached Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to scheduling conflicts, the defendant's presentence interview has been scheduled for October 23, 2007, and additional time will be needed to complete the presentence report.  Attorney for the defendant, Jeff Price, and the AUSA Samuel Wong, agree with this request.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                       Respectfully submitted,


                                       **SCOTT W. STOREY**
                                       **United States Probation Officer**


**REVIEWED BY:**
                       **KAREN A. MEUSLING**
                       **Supervising United States Probation Officer**

**RE:   Travis Dean POTTER**
      **Docket Number:   2:06CR00354-01**
      **CONTINUANCE OF JUDGMENT AND SENTENCING**

Dated:      October 16, 2007
            Sacramento, California

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk


  X   **Approved**      /s/ Edward J. Garcia                    10/16/**07**
                        **EDWARD J. GARCIA**
                        **Senior United States District Judge**
      **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number:  2:06CR00354-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Travis Dean POTTER | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | December 14, 2007 @ 10 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 7, 2007 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 30, 2007 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 23, 2007 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | November 9, 2007 |