1  Jeff Price SBN 165534
   1335 4TH STREET
2  SANTA MONICA, CALIFORNIA 90401
   TEL. 310.776.8650
3  FAX 310.728.1705
   JEFF.PRICE@MAC.COM
4

5  ATTORNEY FOR DEFENDANT

**FILED**

DEC 10 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | No. 2:06-CR-354-EJG |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| vs. | DATE: December 14, 2007 |
| TRAVIS POTTER, | TIME: 10:00 a.m. |
| Defendant. | PLACE: Courtroom No. 8 Hon. Edward J. Garcia |

TO: THE HONORABLE EDWARD J. GARCIA AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, the Court previously set December 14, 2007, for sentencing in this case;

Whereas, counsel for the defendant was ill during three weeks in November and was unable to prepare for and complete preparation of the sentencing position in this case; and

Whereas, there remains unresolved factual issues on matters relating to the appropriate sentence, specifically, whether defendant's base offense level should be increased 2 additional levels, pursuant to U.S.S.G. § 2G2.2(b)(F), in the event defendant engaged in the distribution of the illegal visual images for reasons other than the distribution described in subdivisions (A)-(E) of U.S.S.G. § 2G2.2(b)(2),

1  and an additional forensic examination of defendant's computer by both parties
2  may be necessary to resolve this issue,
3      It is hereby stipulated by and between the United States of America and
4  Travis Potter, through their respective counsel, that:
5      1.    The December 14, 2007, sentencing be vacated and reset for February
6  22, 2008, at 10:00 a.m., or a time thereafter acceptable to the Court;

8  Dated:    December 6, 2007    McGREGOR W. SCOTT
    United States Attorney

10      By:    /s/ Samuel Wong
    SAMUEL WONG
11      Assistant United States Attorney

12  Dated:    December 6, 2007    JEFF PRICE  SBN 165534

13      By:    /s/    Jeff Price
    JEFF PRICE
14      Attorney for Defendant, Travis Potter

15      ORDER
16      Based upon the stipulation of the parties and good cause appearing
17  therefrom, the Court hereby finds that the failure to grant a continuance in this case
18  would deny respective counsel for the parties reasonable time necessary for
19  effective preparation, taking into account the exercise of due diligence. The Court
20  specifically finds that the ends of justice served by the granting of such
21  continuance outweigh the interests of the public and the defendant in being
22  sentenced on the date currently set.
23      Based on these findings and pursuant to the stipulation of the parties, the
24  Court hereby adopts the stipulation of the parties in its entirety as its order.
25      IT IS SO ORDERED.
26      Dated:    December 10, 2007,

28      EDWARD J. GARCIA
    United States District Judge

- 2 -