UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                        RE:    Travis Dean POTTER
                                Docket Number:   2:06CR00354-01
                                **CONTINUANCE OF JUDGMENT**
                                **AND SENTENCING & AMENDED**
                                **PSR SCHEDULE**

Sir:

It has been respectfully requested that the above-referenced case be continued from December 14, 2007, to February 22, 2008, at 10 a.m.

**REASON FOR CONTINUANCE:**  Defense counsel has submitted a request to continue this matter to February 22, 2008.  Should the Court grant this request, the following proposed sentencing schedule is offered for the Court's consideration.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                Respectfully submitted,


                                **SCOTT W. STOREY**
                                **United States Probation Officer**


**REVIEWED BY:**_____
                **KAREN A. MEUSLING**
                **Supervising United States Probation Officer**


Dated:          December 17, 2007

RE:    Travis Dean POTTER
       Docket Number:   2:06CR00354-01
       **CONTINUANCE OF JUDGMENT AND SENTENCING**

       Sacramento, California

Attachment

cc:    Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk


_xx_   **Approved**     /s/ Edward J. Garcia     12/18/07
                          **EDWARD J. GARCIA**
                          **Senior United States District Judge**     Date
_____   **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal Number:   2:06CR00354-01 |
| **Plaintiff,** | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Travis Dean POTTER** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | February 22, 2008 @ 10 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | February 15, 2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | February 8, 2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 1, 2008 |

The proposed Presentence Report was disclosed to counsel on November 9, 2007.

3