| | |
|---|---|
| 1 | Jeff Price  SBN 165534 |
| 2 | 1335 4ᵀᴴ Sᴛʀᴇᴇᴛ |
|   | Sᴀɴᴛᴀ Mᴏɴɪᴄᴀ, Cᴀʟɪꜰᴏʀɴɪᴀ 90401 |
| 3 | Tᴇʟ. 310.776.8650 |
|   | Fᴀx  310.728.1705 |
| 4 | JEFF.PRICE@MAC.COM |
| 5 | ATTORNEY FOR DEFENDANT |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | No. 2:06-CR-354-EJG |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING |
| vs. | DATE: February 22, 2008 |
| TRAVIS POTTER, | TIME: 10:00 a.m. |
|   | PLACE: Courtroom No. 8 |
| Defendant. | Hon. Edward J. Garcia |

Tᴏ:   Tʜᴇ Hᴏɴᴏʀᴀʙʟᴇ Eᴅᴡᴀʀᴅ J. Gᴀʀᴄɪᴀ ᴀɴᴅ ᴛᴏ Aʟʟ Pᴀʀᴛɪᴇs ᴀɴᴅ Tʜᴇɪʀ Aᴛᴛᴏʀɴᴇʏs ᴏꜰ Rᴇᴄᴏʀᴅ:

WHEREAS, the Court previously set February 22, 2008, for sentencing in this case; and

Whereas, counsel for the defendant did not receive the revised Presenting Investigation Report until on or about February 13, 2008, and had insufficient time to discuss it with the defendant and to prepare objections to the report or a sentencing position;

Whereas, counsel for the defendant, counsel for the United States of America and the United States Probation Department, through, Mr. Scott Storey, have agreed that March 28, 2008, is a suitable date for the sentencing;

It is hereby stipulated by and between the United States of America and Travis Potter, through their respective counsel, that:

1. The February 22, 2008, sentencing be vacated and reset for March 28, 2008, at 10:00 a.m., or a time acceptable to the Court;

Dated:      February 20, 2008,          McGREGOR W. SCOTT
                                        United States Attorney

                              By:       /s/ Samuel Wong
                                        SAMUEL WONG
                                        Assistant United States Attorney

Dated:      February 20, 2008,          JEFF PRICE  SBN 165534

                              By:       /s/ Jeff Price
                                        Jeff Price
                                        Attorney for Defendant, Travis Potter

## ORDER

Based upon the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in being sentenced on the date currently set.

Based on these findings and pu0ko-\t to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:      February 20, 2008,

                                        /s/ Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge