McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-354-EJG |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| TRAVIS DEAN POTTER, ) | |
| Defendant. ) | |
| _____) | |

WHEREAS, on October 4, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253(a)(3) based upon the plea agreement entered into between plaintiff and defendant Travis Dean Potter forfeiting to the United States the following property:

    a.   a Sony Viao Laptop computer, Model VGN-S380, Serial Number 3000003.

WHEREAS, on October 31, November 7 and 14, 2007, the United States published notice of the Court's Preliminary Order of Forfeiture in <u>The Daily Reporter</u> (Sacramento County), a newspaper of general circulation located in the county in which the subject property was seized.  Said published notice advised all third

1

1  parties of their right to petition the Court within thirty (30) days
2  of the publication date for a hearing to adjudicate the validity of
3  their alleged legal interest in the forfeited property; and
4      WHEREAS, the Court has been advised that no third party has
5  filed a claim to the subject property, and the time for any person
6  or entity to file a claim has expired.
7      Accordingly, it is hereby ORDERED and ADJUDGED:
8      1.  A Final Order of Forfeiture shall be entered forfeiting to
9  the United States of America all right, title, and interest in the
10 above-listed property pursuant to 18 U.S.C. § 2253(a)(3), to be
11 disposed of according to law, including all right, title, and
12 interest of Travis Dean Potter.
13     2.  All right, title, and interest in the above-listed property
14 shall vest solely in the United States of America.
15     3.  The United States shall maintain custody of and control
16 over the subject property until it is disposed of according to law.
17     SO ORDERED this 14th day of   May   , 2008.

             /s/ Edward J. Garcia
             EDWARD J. GARCIA
             United States District Judge